**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-10639**
**Summary Calendar**

_____

**RICKIE LYNN GRAVES,**

**Petitioner-Appellant,**

**versus**

**GARY L. JOHNSON, DIRECTOR,**
**TEXAS DEPARTMENT OF CRIMINAL JUSTICE,**
**INSTITUTIONAL DIVISION,**

**Respondent-Appellee.**

**Appeal from the United States District Court**
**for the Northern District of Texas**
**(5:00-MC-19-C)**

November 21, 2000

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Rickie Lynn Graves, Texas prisoner # 645074, seeks a certificate of appealability (COA) to appeal the district court's denial of his motion for leave to file a 28 U.S.C. § 2254 application. Graves had previously been sanctioned by a 29 August 1994 order prohibiting him from filing any lawsuits in the Northern District of Texas without _first_ obtaining permission of a district judge.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court denied Graves' motion, stating that he had failed to *show cause* why the sanctions should be lifted and that his proposed 28 U.S.C. § 2254 application would be time-barred pursuant to 28 U.S.C. § 2244(d).

Because Graves has failed to show on appeal why the sanctions order should *not* apply, we uphold the sanctions order and **DENY** his request for a COA.

*COA DENIED*